NUMBER
13-08-00638-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

ILP, L.L.C., ERNESTO
GONZALEZ AND 

MARIA DEL ROSARIO
GONZALEZ,

                                                                                                        Appellants,

                                                             v.

 

HARBOR CAPITAL,
L.L.C.,                                                           Appellee.

____________________________________________________________

 

                           On
appeal from the 389th District Court

                                       of
Hidalgo County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                      Before Justices Garza,
Benavides, and Vela

Memorandum Opinion
Per Curiam

 








This
appeal was abated by this Court on January 8, 2009, due to the bankruptcy of
one of the parties to this appeal.  See 11 U.S.C. ' 362; see generally Tex. R. App. P. 8.  Since the abatement there has been no
activity in this appeal.  On August 31, 2010, the Court ordered the parties to
file an advisory regarding the status of the appeal and, if applicable, a
motion to reinstate the appeal or a motion to dismiss the appeal.  The order  notified
the parties that failure to respond to the order would result in reinstatement
and dismissal of the appeal for want of prosecution.  

The
parties have failed to respond.  Accordingly, we reinstate and dismiss the
appeal for want of prosecution.  See Tex.
R. App. P. 42.3(b).

 

PER CURIAM

 

Delivered and filed the   

10th day of February, 2011.